# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                    PLAINTIFF<br>                    v.<br>Andrew Harrison Fowler<br><br><br>                                    DEFENDANT(S). | CASE NUMBER<br><br>ED15-210M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of _Defense Counsel_____, IT IS ORDERED that a detention hearing is set for _May 29_____, _2015_____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _David T. Bristow_____, in Courtroom _3_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                    *(Other custodial officer)*

Dated: __MAY 2 8 2015_____          **DAVID T. BRISTOW**  /s/ DB
                                         _____
                                         U.S. District Judge/Magistrate Judge